THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN GARCIA-MEZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | No. 2:22-cv-01804-BJR<br><br>**NOTICE OF RELATED ACTIONS** |

Pursuant to Local Civil Rule 3(g), Defendant Convergent Outsourcing, Inc. respectfully notifies this Court that the above-captioned action is related to the following actions:

- *Guy v. Convergent Outsourcing, Inc.*, Case No. C22-1558-MJP, assigned to the Honorable Marsha J. Pechman;
- *Rano v. Convergent Outsourcing, Inc.*, Case No. 2:22-cv-01652-MJP, assigned to the Honorable Marsha J. Pechman; and
- *Will v. Convergent Outsourcing, Inc.*, Case No. 2:22-cv-01813-RAJ, assigned to the Honorable Richard A. Jones.

NOTICE OF RELATED CASES - 1
(CASE NO. 2:22-CV-01804-BJR)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

1
2  The above-listed actions name the same defendant, arise from the same alleged data security
3 incident, and involve similar claims as Plaintiff Juan Garcia-Meza's putative class action.
4 Dated this 23rd day of December, 2022.

Respectfully submitted,

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail:jmorrison@bakerlaw.com

Bethany G. Lukitsch (*pro hac vice* forthcoming)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Phone: 310.820.8800
E-mail:blukitsch@bakerlaw.com

*Attorneys for Defendant*

NOTICE OF RELATED CASES - 2
(CASE NO. 2:22-CV-01804-BJR)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Case Management/Electronic Filing ("CM/ECF") System.

DATED this 23rd day of December, 2022 at Seattle, Washington.

*s/ Laetitia Knox*
Legal Assistant

---

NOTICE OF RELATED CASES - 3
(CASE NO. 2:22-CV-01804-BJR)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380